# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0513
LT Case No. 2023-CF-9476-A

_____

TYRESE DEANDRE PARKER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

John M. Guard, Acting Attorney General, and Julian E.
Markham, Assistant Attorney General, Tallahassee, for Appellee.

January 31, 2025

PER CURIAM.

    In this *Anders*[1] appeal, we affirm Appellant's judgment and
sentences entered pursuant to an open plea. We recognize that a
scrivener's error exists in the written judgment which states that

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

the three-year minimum mandatory sentence was imposed because Appellant used a firearm pursuant to section 784.07(2)(a), Florida Statutes. We note that there was no firearm alleged to have been used in this case. Consequently, we affirm the judgment and sentence, but remand for the trial court to correct the scrivener's error.

AFFIRMED; REMANDED TO CORRECT SCRIVENER'S ERROR.

EDWARDS, C.J., and WALLIS, J., concur.
JAY, J., dissents, without opinion.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____